# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:23-cv-27-MOC

| | | |
|---|---|---|
| **TANYA WILLIAMS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of** | ) | |
| **Social Security,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on Defendant's Consent Motion for Remand to Social Security Administration for further administrative proceedings. (Doc. No. 5). Plaintiff has consented to this motion.

## ORDER

    **IT IS HEREBY, ORDERED** that Defendant's Consent Motion for Remand to Social Security Administration, (Doc. No. 5), is **GRANTED**, and pursuant to the power of this Court to, upon motion of the Commissioner made for good cause shown before the Commissioner files her answer, remand Social Security cases for further action under sentence six of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Signed: May 8, 2023

Max O. Cogburn Jr.
United States District Judge