# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Tanya Williams, Petitioner vs. Commissioner of Social Security, Respondent. | JUDGMENT IN CASE 1:23-cv-00027-MOC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2024 Order.

Signed: December 9, 2024

Katherine Hord Simon, Clerk
United States District Court